

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 26   PM 2: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR ENTRY BY FALSE PRETENSES ONTO
REAL PROPERTY OF THE UNITED STATES

**MISDEMEANOR**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-081 |
| v. | * | SECTION: SECT. K  MAG. 3 |
| JOSEPH BASEL | * | VIOLATION: 18 U.S.C. § 1036(a) |
| STAN DAI | | 18 U.S.C. § 2 |
| ROBERT FLANAGAN | * | |
| JAMES O'KEEFE | | |
| | * * * | |

The United States Attorney charges that:

COUNT 1 - ENTRY BY FALSE PRETENSES
ONTO REAL PROPERTY OF THE UNITED STATES

A.   AT ALL MATERIAL TIMES HEREIN:

1.   The Hale Boggs Federal Building, located at 500 Poydras Street, New Orleans, Louisiana 70130, within the Eastern District of Louisiana, was owned and operated by the United States of America and managed by the United States General Services Administration (hereinafter "GSA"). The Hale Boggs Federal Building housed the offices of numerous federal

Fee  USA
Process
X Dktd
CtRmDep
Doc. No.

agencies and federal officials, including the New Orleans office of United States Senator Mary Landrieu.

2.     From on or about January 20, 2010 through on or about January 25, 2010, the defendants, **JOSEPH BASEL ("BASEL"), STAN DAI ("DAI"), ROBERT FLANAGAN ("FLANAGAN"), and JAMES O'KEEFE ("O'KEEFE")**, met for the purpose of discussing a variety of topics, including planning possible scenarios to engage the staff of Senator Landrieu inside of her New Orleans office and to record the interactions using audio and visual equipment. They decided that two of the defendants, **BASEL** and **FLANAGAN**, would pretend to be repair technicians from the telephone company and would, while disguised to look like telephone repairmen, state to staff members of the Senator that they were following up on reports of problems with the telephone system, engage them in a conversation about the telephone system, and pretend to test the phone system, while a third defendant, **O'KEEFE**, recorded the interaction.

## B.     THE OFFENSE

3.     On or about January 25, 2010, in the Eastern District of Louisiana, the defendants, **JOSEPH BASEL, STAN DAI, ROBERT FLANAGAN**, and **JAMES O'KEEFE**, did, by

false pretenses, enter and attempt to enter real property belonging in whole or in part to the United States; all in violation of Title 18, United States Code, Sections 1036(a)(1) and 2.

*[signature]*
JAN MASELLI MANN
First Assistant United States Attorney
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515.
Bar Roll No. 9020

*[signature]*
JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar Roll No. 6282956

New Orleans, Louisiana
March 26, 2010

No. _____

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JOSEPH BASEL, STAN DAI, ROBERT FLANAGAN AND JAMES O'KEEFE

BILL OF INFORMATION FOR ENTRY BY FALSE PRETENSES ONTO REAL PROPERTY OF THE UNITED STATES

Violation(s):  18 U.S.C. § 1036(a)
              18 U.S.C. § 2

Filed _____, 20 _10___

_____, Clerk.

By _____, Deputy

JORDAN GINSBERG
Assistant United States Attorney