PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☑ INFORMATION ☐ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA    EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Bonnie Barousse
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. (504) 680-3181

Name of Asst. U.S. Attorney (if assigned): Jordan Ginsberg

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Steven Rayes, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

---

CASE NO.
USA vs.
Defendant: **STAN DAI**

**10-081**

Address: **SECT. K MAG. 3**

☐ Interpreter Required   Dialect: _____

Birth Date: 1985   ☑ Male   ☐ Alien (if applicable)
                    ☐ Female

Social Security Number: XXX-XX-0827

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Barry Simon
☐ FPD   ☐ CJA   ☐ RET'D
☑ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 1     (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 3 | 18 U.S.C. § 1036(a) | Entry by False Pretenses onto Real Property of the US | 1 |