PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [✓] INFORMATION   [ ] INDICTMENT

CASE NO. **10-081**

Matter Sealed: [ ] Juvenile   [ ] Other than Juvenile
[ ] Pre-Indictment Plea   [ ] Superseding   [ ] Defendant Added
[ ] Indictment Information   [ ] Charges/Counts Added

USA vs.
Defendant: ROBERT FLANAGAN

**SECT. K MAG. 3**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: Bonnie Barousse
[X] U.S. Atty   [ ] Other U.S. Agency
Phone No. (504) 680-3181

Name of Asst. U.S. Attorney (if assigned): Jordan Ginsberg

[ ] Interpreter Required   Dialect: _____

Birth Date: 1985
[✓] Male   [ ] Female
[ ] Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Steven Rayes, FBI

Social Security Number: xxx-xx-6228

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

### DEFENDANT

Issue: [ ] Warrant   [✓] Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

[ ] Currently in Federal Custody
[ ] Currently in State Custody
   [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. Atty   [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): John Garrison Jordan
[ ] FPD   [ ] CJA   [ ] RET'D
[✓] Appointed on Target Letter

Place of offense: Orleans Parish   County

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 3 | 18 U.S.C. § 641 | Entry by False Pretenses onto Real Property of the US | 1 |