PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [✓] INFORMATION  [ ] INDICTMENT

Matter Sealed: [ ] Juvenile  [ ] Other than Juvenile
[ ] Pre-Indictment Plea  [ ] Superseding  [ ] Defendant Added
[ ] Indictment Information  [ ] Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA         EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Bonnie Barousse
[X] U.S. Atty  [ ] Other U.S. Agency
Phone No. (504) 680-3181

Name of Asst. U.S. Attorney (if assigned): Jordan Ginsberg

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): Steven Rayes, FBI

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    [ ] U.S. Atty  [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

CASE NO. 10-081

USA vs.
Defendant: JAMES O'KEEFE

SECT. K MAG. 3

Address:

[ ] Interpreter Required  Dialect: _____

Birth Date: 1984    [✓] Male  [ ] Female    [ ] Alien (if applicable)

Social Security Number: XXX-XX-6857

### DEFENDANT

Issue: [ ] Warrant  [✓] Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

[ ] Currently in Federal Custody
[ ] Currently in State Custody
    [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any): Michael Madigan
[ ] FPD  [ ] CJA  [ ] RET'D
[✓] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 3 | 18 U.S.C. § 1036(a) | Entry by False Pretenses onto Real Property of the US | 1 |