# *MAGISTRATE PAPERS WERE FOUND IN*

## *10-012 MAG*

### *for*

*NAME: JOSEPH BASEL, STAN DAI,*

*ROBERT FLANAGAN, & JAMES O'KEEFE*

*Initials:    DAS*